THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK W. BENTLEY, Appellant. (Indictments Nos. 15 and 3.) — Judgment of conviction under indictment No. 3 (White) reversed on the law and indictment dismissed on the ground that the record shows insufficient proof to sustain a conviction. Judgment of conviction under indictment No. 15 (Walker) reversed on the law and facts and a new trial granted, on the ground that from the record we cannot say that the proof received on the trial of the White indictment (No. 3) was not prejudicial to the defendant on his trial under indictment No. 15 (Walker). All concur, except Larkin, J., who dissents and (1) votes to reverse the conviction under indictment No. 3 (White) and to grant a new trial on the ground that the evidence was not sufficient to establish defendant's guilt beyond a reasonable doubt, and (2) votes to affirm the conviction under indictment No. 15 (Walker). (The judgments convict defendant of the crimes of abortion, charged against him by two separate indictments.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

WALTER F. WEGNER, Respondent, v. WEGNER CANNING CORPORATION et al., Appellants. — Order affirmed, with ten dollars costs and disbursements. All concur. (The order is for plaintiff on a motion for a temporary injunction.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

MARY McIVER, Appellant, v. WEGMAN'S FOOD MARKETS, INC., Respondent. HAROLD W. McIVER, Appellant, v. WEGMAN'S FOOD MARKETS, INC., Respondent. — Order affirmed, with costs to the respondent to abide the event. All concur. (The order sets aside the verdicts of the jury in both actions, in favor of plaintiffs, and grants a new trial in negligence actions.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

CLARA HERR, Respondent, v. LOUIS FONTANA, Appellant. CHARLES HERR, Respondent, v. LOUIS FONTANA, Appellant. — Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiffs in consolidated automobile negligence actions. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

In the Matter of MONTGOMERY WARD & CO., INC., Appellant, against WILLIAM F. CANOUGH, as Commissioner of Assessment of the City of Syracuse, Respondent. — Final order so far as appealed from affirmed, without costs of this appeal to any party. All concur, except Harris, J., not voting. (The portion of the final order appealed from reduces the assessment on petitioner's property on Salina, Temple and Clinton Streets in the city of Syracuse for the year 1941.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

In the Matter of MONTGOMERY WARD & CO., INC., Appellant, against WILLIAM F. CANOUGH, as Commissioner of Assessment of the City of Syracuse, Respondent. — Final order so far as appealed from affirmed, without costs of this appeal